IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GLENVERT GREEN, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv264 |
| DEPARTMENT OF JUSTICE, ET AL. | § | |

REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

Plaintiff Glenvert Green, Jr., an inmate confined at the United States Penitentiary located in Beaumont, Texas, proceeding *pro se*, filed the above-styled lawsuit.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff has filed a motion to "amend the entirety of his complaint" or for "withdrawal of the entirety of the complaint" until his administrative remedy is fully exhausted (ECF No. 21). Allowing plaintiff to amend his complaint and bring unexhausted claims would require dismissal of the complaint for failing to exhaust available remedies. Therefore, plaintiff's motion is construed as a motion for voluntary dismissal.

Plaintiff is entitled to dismiss the case prior to the service of an answer or a motion for summary judgment. FED. R. CIV. P. 41(a)(1). In this case, the opposing party has filed neither an answer nor a motion for summary judgment. Accordingly, the action should be dismissed without

prejudice to plaintiff's ability to file a new action after available administrative remedies are exhausted.

### Recommendation

The above-styled action should be dismissed without prejudice pursuant to Rule 41(a).

### Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 7th day of March, 2024.

_____
Zack Hawthorn
United States Magistrate Judge